# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS
# EAST ST. LOUIS DIVISION

| | |
|---|---|
| THERESE BLAKE,<br>Individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>SHAH & SHAH, LLC, and SYED KHALID M. SHAH, Individually.<br><br>*Defendants*. | Case No. 3:22-CV-00066<br><br>JURY TRIAL DEMANDED |

## JOINT NOTICE OF RULE 41 DISMISSAL WITH PREJUDICE

**TO THE HONORABLE COURT:**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Named Plaintiff Therese Blake ("Blake") and Defendants Shah & Shah, LLC and Syed Khalid M. Shah (collectively "Defendants") stipulate to dismissal of all of Plaintiff Blake's claims and causes of action in this case against Defendants with prejudice, with each party to bear their own costs and attorneys' fees.

Date:  May 19, 2022   Respectfully submitted,

**ANDERSON ALEXANDER, PLLC**

By:  /s/ *Clif Alexander*
**Clif Alexander** *(Admitted Pro Hac Vice)*
Texas Bar No. 24064805
clif@a2xlaw.com
**Austin Anderson** *(Admitted Pro Hac Vice)*
Texas Bar No. 24045189
austin@a2xlaw.com
819 N. Upper Broadway
Corpus Christi, Texas 78401
Telephone: (361) 452-1279
Facsimile: (361) 452-1284

**STEPHAN ZOURAS, LLP**

**Ryan F. Stephan**
rstephan@stephanzouras.com
**James B. Zouras**
jzouras@stephanzouras.com
**Anna M. Ceragioli**
aceragioli@stephanzouras.com
100 N. Riverside Plaza, Suite 2150
Chicago, Illinois 60606
312.233.1550
312.233.1560 *f*

Firm ID: 43734

*Counsel for Plaintiff*

MATHIS, MARIFIAN & RICHTER, LTD.
By   /s/*Natalie T. Lorenz*   (w/consent)
Natalie T. Lorenz, #06309572
23 Public Square, Suite 300
P.O. Box 307
Belleville, IL 62220
Phone:  (618) 234-9800
Fax:  (618) 234-9786
 nlorenz@mmrltd.com

Attorneys for Defendants

## CERTIFICATE OF SERVICE

  I hereby certify that on May 19, 2022, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Southern District of Illinois, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                   /s/ *Clif Alexander*
                   Clif Alexander