IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THERESE BLAKE, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SHAH & SHAH, LLC, and SYED KHALID M. SHAH,<br><br>Defendants. | )<br>)<br>)<br>)<br>)  Case No. 22-cv-66-SMY<br>)<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

**IT IS HEREBY ORDERED AND ADJUDGED** that, having been advised by the parties that all claims in this matter have been settled or otherwise resolved, Plaintiff's claims against the Defendants are **DISMISSED with prejudice**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

DATED: May 19, 2022

MONICA STUMP,
Clerk of Court

**By: s/ Stacie Hurst, Deputy Clerk**

Approved:

*[signature]*

**STACI M. YANDLE**
**U.S. DISTRICT JUDGE**